# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALIKI GREEN JR., | Case No. 1:26-cv-00322-JLT-SAB |
| Plaintiff, | ORDER GRANTING GADEIR I. ABBAS'S *PRO HAC VICE* APPLICATION |
| v. | (ECF No. 5) |
| JEFF MACOMBER, et al., | |
| Defendants. | |

Before the Court is the application of Gadeir I. Abbas's, attorney for Haliki Green Jr., for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **January 23, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1