# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALIKI GREEN JR., | Case No.  1:26-cv-00322-JLT-SAB |
| Plaintiff, | ORDER GRANTING LENA F. MASRI'S *PRO HAC VICE* APPLICATION |
| v. | (ECF No. 7) |
| JEFF MACOMBER, et al., | |
| Defendants. | |

Before the Court is the application of Lena F. Masri's, attorney for Haliki Green Jr., for admission to practice *pro hac vice*.  L.R. 180(b)(2).  Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:    **January 23, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

1