# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALIKI GREEN, JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFF MACOMBER, et al.,<br><br>        Defendants. | Case No. 1:26-cv-00322-JLT-SAB<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS<br><br>(ECF No. 20) |

Before the Court is an unopposed motion to extend the deadline in which Plaintiff may file an opposition to Defendants' motion to dismiss. For good cause shown, the Court grants the motion and ORDERS that Plaintiff shall have through April 15, 2026, file an opposition.

Going forward, the Court encourages the parties to file stipulations regarding unopposed, administrative issues. Though unopposed, administrative motions still set in motion a briefing schedule and calendared hearing, which are ultimately unnecessary.

IT IS SO ORDERED.

Dated:    **April 6, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge