# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HALIKI GREEN JR.,

Plaintiff,

v.

JEFF MACOMBER, et al.,

Defendants.

Case No. 1:26-cv-00322-JLT-SAB

ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT REGARDING READINESS FOR INITIAL SCHEDULING CONFERENCE

**DEADLINE: NOVEMBER 13, 2026**

On January 15, 2026, Plaintiff commenced this action. (ECF No. 1.) The initial scheduling conference is scheduled for December 1, 2026. (ECF No. 34.) The Court will generally not hold an initial scheduling conference if one or more defendants have not appeared and answered. Though Defendants filed a motion to dismiss, following the District Judge's adoption in part of the June 10, 2026 findings and recommendations, any answer was due no later than September 14, 2026. (See ECF No. 35); see also Fed. R. Civ. P. 12. At this time, no defendant has answered, nor has Plaintiff filed an entry of default.

/ / /

/ / /

/ / /

/ / /

Therefore, IT IS HEREBY ORDERED that **on or before November 13, 2026**, Plaintiff shall file a status report indicating whether Plaintiff is prepared to hold the scheduling conference; whether the scheduling conference should be continued to allow for Defendants to answer; and/or whether Plaintiffs intend to move for an entry of default.

IT IS SO ORDERED.

Dated: **November 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge